UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
(WESTERN DIVISION)

_____

| | |
|---|---|
| Dale Goettsch, Kathy Goettsch, and Margaret Steffen, | Case No. 5:13-cv-04053-MWB |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Thomas Goettsch, Brian Goettsch, Paul Goettsch, Circle G Farms, Inc., an Iowa corporation, and Goettsch Farms, an Iowa partnership, | |
| Defendants. | |

_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated, by and between the parties hereto, that the above action shall be dismissed without prejudice and without costs or disbursements to any party.

                                        **GRAHAM, ERVANIAN & CACCIATORE, LLP**

Dated:   September 16, 2014.          By */s/ Wesley T. Graham*
                                                     William W. Graham, #AT0002953
                                                     Wesley T. Graham, #AT0011184
                                               317 6th Avenue, Suite 900
                                               Des Moines, Iowa 50309
                                               Telephone: 515-244-9400
                                               Facsimile: 515-282-4235
                                               wwg@grahamlawiowa.com
                                               wtg@grahamlawiowa.com

                                                           **-** *AND* **-**

**HENSON & EFRON, P.A.**

Dated: September 16, 2014.		By /s/ *Bruce C. Recher*
					Bruce C. Recher
					MN Atty. License #89989
					John N. Bisanz, Jr.
					MN Atty. License #389098
				220 South Sixth Street, Suite #1800
				Minneapolis, Minnesota  55402-4503
				Telephone:  612-339-2500
				Facsimile:  612-339-6364
				brecher@hensonefron.com
				jbisanz@hensonefron.com
				*(Admitted Pro Hac Vice)*

				Attorneys for Plaintiffs


**HEIDMAN LAW FIRM, L.L.P.**

Dated: September 16, 2014.		By /s/ *Jacob B. Natwick*
					John C. Gray, AT0002938
					Jacob B. Natwick, AT0010523
				1128 Historic Fourth Street
				P.O. Box 3086
				Sioux City, Iowa  51102
				Telephone:  712-255-8838
				Facsimile:  712-258-6714
				John.Gray@Heidmanlaw.com
				Jacob.Natwick@Heidmanlaw.com
				Attorneys for Defendants


522032.DOCX